CJF USAO 2022R00548
JTW: 12.06.22



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | Criminal no. _ELH 22cr422_ |
| | * | |
| **v.** | * | **(Possession with the Intent to** |
| | * | **Distribute Controlled Substances, 21** |
| **RAYTAWN BENJAMIN,** | * | **U.S.C. 841(a); Forfeiture, 21 U.S.C.** |
| | * | **§ 853, 28 U.S.C. § 2461(c), Fed. R.** |
| **Defendants.** | * | **Crim. P. 32.2.(a))** |
| | * | |

\*\*\*\*\*\*

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about August 24, 2022, in the District of Maryland, the defendant

## RAYTAWN BENJAMIN

did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a).

21 U.S.C. § 841

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

      1.     Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the defendant's convictions.

      2.     Pursuant to 21 U.S.C. § 853(a), upon conviction of an offense in violation of the Controlled Substances Act, as alleged in the Count One of this Indictment, the defendant convicted of such offense, shall forfeit to the United States of America:

    a.  any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense(s); and

    b.  any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offense(s).

### Substitute Assets

      3.     Pursuant to 21 U.S.C. § 853(p), if any of the property described above as being subject to forfeiture, as a result of any act or omission by the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been comingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the property charged with forfeiture in the paragraphs above.

21 U.S.C. § 853
28 U.S.C. § 2461(c)

Erek L. Barron
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
Foreperson

12/7/2022
Date